IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CELIA HERNANDEZ, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:05-CV-1099-K |
| | § | ECF |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
| Defendant. | § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The District Court reviewed the findings, conclusions and recommendation for plain error. Finding none, the Court accepts the findings, conclusions and recommendation of the United States Magistrate Judge. Accordingly, the final decision of the Commissioner is **AFFIRMED**.

**SO ORDERED.**

Signed this 22nd day of August, 2007.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE